**Order entered July 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00224-CV

**CHRISTINE FLORES DESIO D/B/A PROFESSIONAL CENTER OF GRAND PRAIRIE AND FRANCIS ANTHONY DESIO, JR. A/K/A FRANK DESIO, INDIVIDUALLY,**
**Appellants**

**V.**

**MIKE DEL BOSQUE D/B/A INJURY AND REHAB CENTER IN GRAND PRAIRIE,**
**Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04408**

## ORDER

Before the Court is appellee's July 23, 2019 motion for leave to file a sur-reply brief with the sur-reply brief attached as an exhibit to the motion. We **GRANT** the motion. Appellee shall separately file the sur-reply brief within ten days of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE